Priority
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only


FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALEJO, | CASE NO. CV 07-868-AHM (PJW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| A.J. MALFI, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. The crux of Benavides's testimony, upon which petitioner relies, reinforces the conclusion that any failure to obtain the actual testimony of Nunez and Miranda was harmless error, if error at all. The jury had adequate opportunity to evaluate petitioner's "defense."

DATED: 10/17/08

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ALEJO, C 868\Order accep r&r.wpd