Priority —
Send —
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALEJO,<br><br>    Petitioner,<br><br>    v.<br><br>A.J. MALFI,<br><br>    Respondent. | Case No. CV 07-868-AHM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 17, 2008.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ALEJO, C 868\Judgment.wpd